O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1477 AHM (JCx) | Date | November 9, 2011 |
|---|---|---|---|
| Title | RAYMOND RAY v. WELLS FARGO BANK, N.A. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:            Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     The Court has considered Defendant Wells Fargo Bank NA's *ex parte* application for a stay of the release of class member information, Plaintiff Raymond Ray's opposition to that application, and Defendant's reply to Plaintiff's opposition. For good cause shown, the Court ORDERS that the release of putative class member information shall be stayed until two days after the Court rules on Defendant Wells Fargo Bank NA's pending Motion for Judgment on the Pleadings, which is currently scheduled to be heard on December 5, 2011.

     The Court recognizes that, in the event Defendant's motion is denied, Plaintiff may need additional time to prepare his motion for class certification, the filing of which is currently due on February 21, 2012. If the Court denies Defendant's motion, it will entertain a request from Plaintiff for additional time to file a motion for class certification.

                                                                                                                                                                                               :

Initials of Preparer     se